UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Federal National Mortgage Association,<br><br>Plaintiff,<br><br>v.<br><br>Terra Cotta II Homeowners Association, et al.,<br><br>Defendants. | Case No. 2:16-cv-2152-APG-NJK<br><br>**ORDER DISMISSING DEFENDANT CSC ACQUISITION & HOLDINGS LLC** |

On December 13, 2016, Plaintiff was advised by the court (Dkt. #7) that this action would be dismissed without prejudice as to all defendants unless on or before January 12, 2017, Plaintiff filed proper proof of service or showed good cause why such service was not timely made.  Plaintiff has failed to file proof of service on defendant CSC Acquisition & Holdings LLC, nor shown good cause why service was not made on that defendant.  Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant pursuant to FRCP 4(m).  Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendant CSC Acquisition & Holdings LLC only.

Dated:  January 17, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE