# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff(s),<br><br>v.<br><br>TERRA COTTA II HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendant(s). | Case No.: 2:16-cv-02152-APG-NJK<br><br>**Order**<br><br>[Docket No. 39] |

Pending before the Court is a motion for Shane Cox to withdraw as counsel for Defendant Absolute Collection Services, Inc. Docket No. 39. For good cause shown, the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect that Defendant has an address of 6440 Sky Pointe Dr., Suite 140-154, Las Vegas, NV 89131.

Corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant is **ORDERED** to file, by January 21, 2020, a notice of appearance by new counsel. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: January 6, 2020

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge